Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JULIE GERHARDT | 1:05-CV-832 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on June 22, 2005 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: February 22, 2006          /s/ Gina Fazio

                                  GINA FAZIO, ESQ.
                                  Attorney for Plaintiff

Dated: March 3, 2006
                                  MCGREGOR SCOTT
                                  United States Attorney

                                  By: /s/ Kristi C. Kapetan
                                  (as authorized via facsimile)
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    March 7, 2006**          /s/ Lawrence J. O'Neill
66h44d                               UNITED STATES MAGISTRATE JUDGE